United States District Court
for The
Western District
of
Michigan
Northern Division

FILED - MQ
September 19, 2019 9:08 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc  SCANNED BY: /

Morris Weatherspoon,
    Plaintiff

v.

Carol Williams,
    Defendants

Case no. 2:17 cv 40

Hon. GJQ, USDCJ
Hon. MV, USMJ

Motion for the extension of and/or enlargement of time to file objection to the report and recommendation extended to Oct 4, 2019 ecf no. 94

Pursuant to the Fed. R. Civ. P., Rule 6, the plaintiff move the court for the extension of and or enlargement of time of 75 days after Oct 4, 2019 to file objection to the RR ecf no 83. In support of this motion the plaintiff state the following:

1. The plaintiff remains denied and untreated and uncured suffering the side effects from the neuroleptic controlled substance schedule 1-5 antipsychotic and opioid drugs that were forcibly injected into the plaintiff body and blood stream against the plaintiff's will and without a signed consent to treatment signed by the plaintiff. The MDOC determined that the plaintiff suffer pain and acknowledge chronic problem nos psychosis, nos personality, and cognitive disorder and the court must appoint the plaintiff counsel and access to a competent psychiatrist who will conduct and appropriate examination and assist in the evaluation, presentation, and preparation of the report and recommendation, oppose and move for summary judgement. McWilliam v. Dunn, 137 S.ct. 1790 (2017) case no. 2:14 cv 12789. doc # 142 pg id 979. see Case no. 1:14 cv 707. RR on 7/12/17 ecf no 165. case no. 1:14 cv 734. ecf no 88 pg id 721, 729

1.

2. The plaintiff move the court for an order for 75 days after Oct 4, 2019 to file objections to the RR ecf no 93, at the construction and mailing of pleading for an extension/enlargement of time the plaintiff was notified by the amf prison official to contact home and the plaintiff learned and given notice that a sibling has deceased and the plaintiff in pain, mourning, and mental distress coping with the pain and trauma lost of family member.

3. The court resist and restrict the original reasonable motion for 90 days and the claims are complex, and do not overlap factually with prior lawsuit but is a ongoing conspiracy to help further the goals and sexual and physical assault of CCF prison official and KCF official a link is forged to all lawsuits, Thibault, case no 2:14 cv 108, ecf no. 176, ecf no 168, ecf no 154, trial 000186-000200. In fact this court invented and created false claims in the ecf no.176 etc, that cause pain and conceal the sexual and physical assault in the KCF administrative segregation & man cell after being framed and or set up with an 8 inch knife. Thibault case no 2:14 cv 108. trial 000186-000200 and the court have knowledge that the plaintiff remains in administrative segregation with a serious mental and chemical impairment untreated and the plaintiff made a reasonable request for 90 days but was reduced with a threatening deadline of Oct 4, 2019. The plaintiff has chronic joint disease and tendinitis of femur and wrist and due to timing, death, emotional distress, pain, suffering, and continuing sexually and physically abuse the plaintiff will require enlargement and or extension of time, health records, and appointment of counsel to file objections to the RR. ecf no 93-94.

relief

For the above reason the plaintiff pray the court grant the extension of time or enlargement of time the plaintiff is determined mentally ill and in ad seg. coping with pain and death and pray to have shown just cause and not be discriminate and harassed, intimidated, and annoyed by the court.

Respectfully 9/14/19 sgt
Tony Weathey

2.

Prisoner Name: Morris Weatherspoon
Prisoner Number: 471817
BARAGA CORRECTIONAL FACILITY
13924 Wadaga Road
Baraga, MI 49908-9204

IRON MOUNTAIN MI 498
17 SEP 2019

$000.65 0
SEP 16 2019
MAILED FROM ZIP CODE 49908

USDC
229 Post office ; Federal Building
P.O. Box 698
Marquette, Michigan 49855